# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-06131-SVW-MRW | Date | September 25, 2017 |
|---|---|---|---|
| Title | Consuelo Aranda v. Wal-Mart Stores, Inc. | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

An initial status conference was set for today at 3:00 p.m. Plaintiff's counsel failed to appear. The order setting the conference states that, "The attorneys attending this conference MUST be those who are in charge of the conduct of the trial. Attendance is mandatory." Lead defense counsel failed to appear. Defense counsel sent attorney Raena W. Ohiri to advise the Court that the case had settled.

The case is dismissed.

Initials of Preparer    PMC